Bron D'Angelo, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319593
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail:  bdangelo@pettitkohn.com
         mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA REVUELTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; JAMES DOE, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-3919<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed: September 2, 2020<br>Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff ESMERALDA REVUELTA ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 20STCV33577 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

2354-9361

1

1. On September 2, 2020, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Esmeralda Revuelta v. Walmart Inc., et al.*, Case Number 20STCV33577 ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as Exhibit 1.

2. Walmart was served with a copy of the complaint filed in the State Action and a summons from the State Court on January 12, 2021. A copy of the summons is attached hereto as Exhibit 2.

3. Based on a review of the State Court file as of May 10, 2021, no other Defendant has been served with any summons or complaint in the State Action.

4. Plaintiff's complaint purports to assert causes of action for negligence and premises liability.

5. The complaint seeks to recover general damages; medical, hospital, and related expenses; loss of future earning capacity; fees, and costs. (Exhibit 1, ¶¶ 16-21, pp. 5.)

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)**

6. This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b).

7. Plaintiff alleges that she is a resident of the State of California. (Exhibit 1, ¶ 1.) Defendant is informed and believes that Plaintiff is a citizen of California.

8. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as Exhibits 3 and 4, respectively.

///

1  9.     Walmart served its initial discovery requests including Form Interrogatories (Set One) on February 8, 2021. A copy of said discovery is attached hereto as Exhibit 5.

10.    Plaintiff served her verified responses to Walmart's Form Interrogatories (Set One) on April 13, 2021. A copy of said responses is attached hereto as Exhibit 6.

11.    Plaintiff has alleged that her past medical damages are at least $59,321 (See Exhibit, 6, Responses to Form Interrogatory No. 6.4.) and that her future medical damages are between $535,000 - $610,000. (See Exhibit, 6, Responses to Form Interrogatory No. 6.7)

12.    Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

13.    Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart receiving notice of Plaintiff's alleged damages.

14.     Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.  A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

///
///
///
///
///
///
///

WHEREFORE, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: May 10, 2021       By:   s/ Michael F. Colbert
                                Bron D'Angelo, Esq.
                                Michael F. Colbert, Esq.
                                Attorneys for Defendant
                                **WALMART INC.**
                                bdangelo@pettitkohn.com
                                mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

- **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**

was/were served on this date to counsel of record:

[X]   **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]   **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Daniel Azizi, Esq.
Sarah Wilson, Esq.
DOWNTOWN LA LAW GROUP
601 North Vermont Avenue
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Sarah@downtownlalaw.com
      Nicole@downtownlalaw.com
**Attorney for Plaintiff**
**ESMERALDA REVUELTA**

Executed on **May 10, 2021** at Los Angeles, California.

*Chantha Lieng (signature)*
Chantha Lieng